No. 80–2049. RALSTON, WARDEN v. ROBINSON, 454 U. S. 201;

No. 80–6692. BUSBEE v. TEXAS, 454 U. S. 1074;

No. 81–16. CALDWELL ET AL. v. MISSOURI ET AL., 454 U. S. 1081;

No. 81–204. ROBERTS v. UNITED STATES, 454 U. S. 1031;

No. 81–217. MORGAN v. UNITED STATES, 454 U. S. 1031;

No. 81–274. ZAVALA-PIZANO v. UNITED STATES, 454 U. S. 1031;

No. 81–427. DAVIS v. DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE, 454 U. S. 942;

No. 81–589. MCCLUNEY v. JOS. SCHLITZ BREWING CO., 454 U. S. 1071;

No. 81–780. ACKERMAN ET AL. v. NATIONAL BUREAU OF STANDARDS ET AL., 454 U. S. 1086;

No. 81–5441. BROWN v. NEW YORK, 454 U. S. 1126;

No. 81–5478. HARDY v. GEORGIA, 454 U. S. 1114;

No. 81–5504. GALIS v. WAINWRIGHT, SECRETARY OF THE DEPARTMENT OF OFFENDER REHABILITATION, ET AL., 454 U. S. 1088; and

No. 81–5545. WEBB v. ALBERTO-CULVER CO., INC., 454 U. S. 1089. Petitions for rehearing denied.

No. 80–812. MESCALERO APACHE TRIBE v. O'CHESKEY, COMMISSIONER OF REVENUE OF NEW MEXICO, ET AL., 450 U. S. 959. Motion for leave to file petition for rehearing denied.

JANUARY 29, 1982

No. 81–864. L/P/G BENGHAZI ET AL. v. VELIBOR ET AL. C. A. 3d Cir. Certiorari dismissed under this Court's Rule 53.